UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WAYNE GIBBONS,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, CLALLAM BAY CORRECTIONS CENTER, THURSTON COUNTY SUPERIOR COURT, THURSTON COUNTY CLERKS OFFICE, THURSTON COUNTY OFFICE OF ASSIGNED COUNSEL, BETTY J. GOULD, ROBERT JIMMERSON, JOHN TUNHEIM, DAN PACHOLKE, THURSTON COUNTY PROSECUTORS OFFICE,

    Defendants.

CASE NO. C12-5819 BHS/KLS

ORDER DENYING MOTION FOR COURT SERVICE OF COMPLAINT

    Before the Court is Plaintiff's Motion for Court Service of Complaint. ECF No. 8. On October 9, 2012, Plaintiff was advised that his complaint was defective and would not be served by the Court. ECF No. 9. He was ordered to show cause why his complaint should not be dismissed for failure to state a claim under 42 U.S.C. § 1983 or to file an amended complaint. ECF No. 9. He was given a deadline until November 2, 2012 to comply with the Court's Order. As Plaintiff has not yet filed a viable complaint, his motion for Court service cannot be granted.

    Accordingly, it is **ORDERED:**

1    (1)    Plaintiff's Motion for Court Service of Complaint (ECF NO. 8) is **DENIED.**

2    (2)    The Clerk shall send a copy of this Order to Plaintiff.

3    DATED this 12th day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION FOR COURT
SERVICE OF COMPLAINT- 2