1

2

3

4

UNITED STATES DISTRICT COURT

5                                    WESTERN DISTRICT OF WASHINGTON
                                     AT TACOMA

6

7    ROBERT WAYNE GIBBONS,
                                                    CASE NO. C12-5819 BHS/KLS
8                          Plaintiff,

                                                    ORDER DENYING MOTION FOR
9           v.                                      COURT SERVICE OF COMPLAINT

10   WASHINGTON STATE DEPARTMENT
     OF CORRECTIONS, CLALLAM BAY
11   CORRECTIONS CENTER, THURSTON
     COUNTY SUPERIOR COURT,
12   THURSTON COUNTY CLERKS
     OFFICE, THURSTON COUNTY
13   OFFICE OF ASSIGNED COUNSEL,
     BETTY J. GOULD, ROBERT
14   JIMMERSON, JOHN TUNHEIM, DAN
     PACHOLKE, THURSTON COUNTY
15   PROSECUTORS OFFICE,

16                         Defendants.

17          Before the Court is Plaintiff's Motion for Court Service of Complaint.  ECF No. 8.  On

18   October 9, 2012, Plaintiff was advised that his complaint was defective and would not be served

19   by the Court.  ECF No. 9.  He was ordered to show cause why his complaint should not be

20   dismissed for failure to state a claim under 42 U.S.C. § 1983 or to file an amended complaint.

21   ECF No. 9.  He was given a deadline until November 2, 2012 to comply with the Court's Order.

22   As Plaintiff has not yet filed a viable complaint, his motion for Court service cannot be granted.

23          Accordingly, it is **ORDERED:**

24

ORDER DENYING MOTION FOR COURT
SERVICE OF COMPLAINT- 1

1    (1)    Plaintiff's Motion for Court Service of Complaint (ECF NO. 8) is **DENIED.**

2    (2)    The Clerk shall send a copy of this Order to Plaintiff.

3    DATED this 12th day of October, 2012.

5    Karen L. Strombom
6    United States Magistrate Judge

ORDER DENYING MOTION FOR COURT
SERVICE OF COMPLAINT- 2