UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WAYNE GIBBONS,

          Plaintiff,

v.

BETTY J. GOULD, ROBERT JIMMERSON, JON TUNHEIM, GARY TABOR,

          Defendants.

CASE NO. C12-5819BHS/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's motion to dismiss pursuant to Rule 41(a)(1) is **GRANTED**; and this action is **Dismissed Without Prejudice**.

Dated this 3rd day of January, 2013.

                                                    BENJAMIN H. SETTLE
                                                  United States District Judge