UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WAYNE GIBBONS,<br><br>            Plaintiff,<br><br>v.<br><br>BETTY J. GOULD, ROBERT JIMMERSON, JON TUNHEIM, GARY TABOR,<br><br>            Defendants. | CASE NO. C12-5819BHS/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Plaintiff's motion to dismiss pursuant to Rule 41(a)(1) is **GRANTED**; and this action is **Dismissed Without Prejudice**.

Dated this 3rd day of January, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER